■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE McCARTHA, Appellant. [699 NYS2d 674] —Judgment, Supreme Court, New York County (Jay Gold, J.), rendered September 2, 1997, convicting defendant, upon his plea of guilty, of attempted murder in the second degree and robbery in the first degree, and sentencing him to concurrent terms of 7 to 14 years, unanimously affirmed.

Defendant's waiver of his right to appeal represents a "decision not to invoke the court's review power" (*People v Seaberg*, 74 NY2d 1, 9-10) concerning the alleged excessiveness of his sentence and thus forecloses review of that issue (*People v Frazier*, 228 AD2d 171, *lv denied* 89 NY2d 922). In any event, we perceive no abuse of sentencing discretion. Concur—Lerner, J. P., Saxe, Buckley and Friedman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINT FERNANDEZ, Appellant. [699 NYS2d 671] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered on or about January 6, 1998, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Lerner, J. P., Saxe, Buckley and Friedman, JJ.